pMarc A. Lieberman, Esq. (SBN 157318)
Alan W. Forsley, Esq. (SBN 180958)
FREDMANKNUPFER LIEBERMAN LLP
1875 Century Park East, Suite 2200
Los Angeles, CA 90067
Telephone: (310) 284-7350
Facsimile: (310) 284-7352

Attorneys for Plaintiffs
Stuart H. Kaplan, M.D., and Moondance LLC

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | ) CASE NO. 1:07-bk-10845-MT |
| | ) |
| KEVIN WASKO and CASSONDRA DEHAY, | ) Chapter 11 |
| | ) |
| Debtors. | ) Adv. Case NO. 1:07-ap-01136-MT |
| | ) |
| | ) EVIDENTIARY OBJECTIONS TO |
| | ) DECLARATION OF CASSONDRA |
| STUART H. KAPLAN, M.D., and MOONDANCE, | ) DEHAY FILED IN SUPPORT OF |
| | ) OPPOSITION TO MOTION FOR |
| | ) SUMMARY JUDGMENT, OR IN THE |
| Plaintiffs, | ) ALTERNATIVE, SUMMARY |
| | ) ADJUDICATION |
| v. | ) |
| | ) Hearing: |
| KEVIN WASKO and CASSONDRA DEHAY, | ) Date: September 1, 2011 |
| | ) Time: 9:30 a.m. |
| | ) Place: Courtroom 302 |
| Defendants. | ) |

Plaintiffs Stuart H. Kaplan, M.D. and Moondance LLC hereby object to the Declaration of Cassondra Dehay filed in support of the Debtors' Limited Opposition to Motion For Summary Judgment in this matter as set forth below:

---

1

*Evidentiary Plaintiffs Objections to Declaration of Cassondra Dehay*

| Declaration | Objection | Sustained | Overruled |
|---|---|---|---|
| 1. On June 22, 2011, Plaintiff's State Court attorney William Gutierrez, realizing that the Costs of Proof Order was not final, sent a letter to my husband Kevin Wasko asking him to sign a Stipulation so that the Costs of Proof Order would be part of the original Judgment, rather than having to seek a separate judgment for the Costs of Proof Order. ¶ 4, Pg. 5. | 1. Objection, no personal knowledge or foundation and hearsay. | ☐ | ☐ |
| 2. The Costs of Proof Order is not a final judgment as to either myself or Kevin Wasko. ¶ 6, Pg. 6. | 2. Objection. No personal knowledge or foundation. | ☐ | ☐ |

DATED: August 22, 2011

FREDMAN KNUPFER LIEBERMAN, LLP

By: _____
Marc A. Lieberman
Alan W. Forsley
Attorneys for Plaintiffs Stuart H. Kapplan, M.D. and Moondance LLC

2

NOTE: When using this form to ind
icate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

FREDMAN KNUPFER LIEBERMAN LLP 1875 Century Park East, Suite 2200, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **EVIDENTIARY OBJECTIONS TO DECLARATION OF CASSONDRA DEHAY FILED IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 22, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Jerome Bennett Friedman   jfriedman@jbflawfirm.com, bbalonick@jbflawfirm.com;jmartinez@jbflawfirm.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **August 22, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
Chambers of The Honorable
Maureen A. Tighe
21041 Burbank Blvd., Ste. 325
Woodland Hills, CA 91367

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 22, 2011 | ADELAIDA OLVERA | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                              **F 9013-3.1.PROOF.SERVICE**